1
2
3
4
5
6
                                                  **JS-6**
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

9
10

IWM ADVISORS, LLC, a California Limited Liability Company,

                Plaintiff,

     v.

JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Corporation; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Corporation; LIVE OAK BANKING COMPANY, a North Carolina Corporation; ANTHONY PISANO, as executor of the Estate of James M. Casey, Deceased, and as Trustee of the James M. Casey Living Trust; and DOES 1-10,

                Defendants.

Case No. 8:17-cv-01384-JVS-JCG

**ORDER GRANTING STIPULATION TO REMAND ACTION TO ORANGE COUNTY SUPERIOR COURT**

Judge: Hon. James V. Selna

[Original Filing Court:
*County of Orange Superior Court*
*Case No. 30-2017-00930377-CU-IC-CJC*]

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER TO REMAND ACTION TO ORANGE COUNTY SUPERIOR COURT**

1  The Court, having reviewed the Stipulation to Remand Action to Orange
2  County Superior Court filed and served herein and the issues presented by counsel,
3  IT IS HEREBY ORDERED as follows:  The matter of IWM Advisors, LLC. v. John
4  Hancock Life Insurance Company et. al., shall be remanded from the United States
5  Central District of California, Southern Division, to the Superior Court of the State
6  of California, County of Orange.

8  IT IS SO ORDERED.

10 Dated: September 25, 2017

_____
Hon. James V. Selna